Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 14−30649−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy Jean Gilchrist                      Tyrone Gilchrist
   200 Thomson Avenue                   200 Thomson Avenue
   Paulsboro, NJ 08066                    Paulsboro, NJ 08066

Social Security No.:
   xxx−xx−6135                             xxx−xx−8562

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 21, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 21, 2016
JJW: bc

                                                            James J. Waldron
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-30649-ABA
Dorothy Jean Gilchrist                                          Chapter 13
Tyrone Gilchrist
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Sep 21, 2016
                                Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db/jdb         +Dorothy Jean Gilchrist,   Tyrone Gilchrist,    200 Thomson Avenue,    Paulsboro, NJ 08066-1521
515307926       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515098869      +FSB Blaze,   5501 S. Broadband Lane,    Sioux Falls, SD 57108-2253
515098866      +Financial Recoveries,    200 E. Park Dr., Ste. 100,    Mt. Laurel, NJ 08054-1297
515098870       Merrick Bank,   1075 S. Jordan Gtwy., Ste. @00,    South Jordan, UT  84095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2016 23:27:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2016 23:27:48     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515098871      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 21 2016 23:27:25     Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
515156966       E-mail/Text: bankruptcy@pepcoholdings.com Sep 21 2016 23:27:25
                 Atlantic City Electric Company,   Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
515161229       EDI: BANKAMER.COM Sep 21 2016 23:08:00     Bank of America Home Loans,   PO Box 5170,
                 Simi Valley, VA  93062-5170
515098867      +EDI: CAPITALONE.COM Sep 21 2016 23:08:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
515259504       EDI: CAPITALONE.COM Sep 21 2016 23:08:00     Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
515098865      +EDI: CITICORP.COM Sep 21 2016 23:08:00     Citi Bank,   701 E. 60th St. N,
                 Sioux Falls, SD 57104-0493
515098868      +EDI: RCSFNBMARIN.COM Sep 21 2016 23:08:00     Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
515098873      +EDI: RCSFNBMARIN.COM Sep 21 2016 23:08:00     Credit One Bank,   PO Box 98875,
                 Las Vegas, NV 89193-8875
515098874      +EDI: AMINFOFP.COM Sep 21 2016 23:08:00     First Premier Bank,   601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
515298709       EDI: RESURGENT.COM Sep 21 2016 23:08:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
515297025       EDI: MERRICKBANK.COM Sep 21 2016 23:08:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
515098875      +EDI: MERRICKBANK.COM Sep 21 2016 23:08:00     Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
515312452       EDI: PRA.COM Sep 21 2016 23:08:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515098872*     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2016
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mark W. Ford    on behalf of Joint Debtor Tyrone  Gilchrist markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net
          Mark W. Ford    on behalf of Debtor Dorothy Jean Gilchrist markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net

                                                                                                                                  TOTAL: 7