| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | Order Filed on January 3, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Dorothy J. Gilchrist and Tyrone Gilchrist | Case Number:   14-30649 (ABA)<br><br>Hearing Date:   November 15, 2016<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

## ORDER REINSTATING

☒   CASE   ☐   AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: January 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Mark W. Ford,

And for good cause is

ORDERED that:

- ❑ the Order of Dismissal filed on September 21, 2016 is vacated and the case shall be reinstated.
- ❑ the Order Vacating the Automatic Stay filed on is vacated and the automatic stay is reinstated.