Form 200 − blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  14−30649−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dorothy Jean Gilchrist                              Tyrone Gilchrist
   200 Thomson Avenue                              200 Thomson Avenue
   Paulsboro, NJ 08066                              Paulsboro, NJ 08066

Social Security No.:
   xxx−xx−6135                                             xxx−xx−8562

Employer's Tax I.D. No.:

     NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above−captioned case which was dismissed on September 21, 2016 has been reinstated by order dated January 3, 2017

Dated: January 3, 2017
JJW: bc

                                                                          James J. Waldron
                                                                          Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 14-30649-ABA
Dorothy Jean Gilchrist                                        Chapter 13
Tyrone Gilchrist
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jan 03, 2017
                              Form ID: 200             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
db/jdb        +Dorothy Jean Gilchrist,    Tyrone Gilchrist,    200 Thomson Avenue,    Paulsboro, NJ 08066-1521
515161229      Bank of America Home Loans,    PO Box 5170,    Simi Valley, VA 93062-5170
515307926      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515098867     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515259504      Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515098865     +Citi Bank,    701 E. 60th St. N,    Sioux Falls, SD 57104-0493
515098869     +FSB Blaze,    5501 S. Broadband Lane,    Sioux Falls, SD 57108-2253
515098866     +Financial Recoveries,    200 E. Park Dr., Ste. 100,    Mt. Laurel, NJ 08054-1297
515098874     +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
515098870      Merrick Bank,    1075 S. Jordan Gtwy., Ste. @00,    South Jordan, UT 84095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2017 23:48:02      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2017 23:47:58      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515098871     +E-mail/Text: bankruptcy@pepcoholdings.com Jan 03 2017 23:47:45      Atlantic City Electric,
               PO Box 13610,    Philadelphia, PA 19101-3610
515156966      E-mail/Text: bankruptcy@pepcoholdings.com Jan 03 2017 23:47:45
               Atlantic City Electric Company,    Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
               Carneys Point, NJ 08069-3600
515098868     +E-mail/Text: creditonebknotifications@resurgent.com Jan 03 2017 23:47:21      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
515098873     +E-mail/Text: creditonebknotifications@resurgent.com Jan 03 2017 23:47:22      Credit One Bank,
               PO Box 98875,    Las Vegas, NV 89193-8875
515298709      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2017 23:46:17
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515297025      E-mail/Text: bkr@cardworks.com Jan 03 2017 23:47:16       MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
515098875     +E-mail/Text: bkr@cardworks.com Jan 03 2017 23:47:16      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
515312452      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2017 23:52:05
               Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515098872*    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 03, 2017
                              Form ID: 200             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mark W. Ford    on behalf of Joint Debtor Tyrone  Gilchrist markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net
          Mark W. Ford    on behalf of Debtor Dorothy Jean Gilchrist markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net

                                                                                                                        TOTAL: 7