| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | Order Filed on January 3, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Dorothy J. Gilchrist and Tyrone Gilchrist | Case Number:   14-30649 (ABA)<br><br>Hearing Date:   November 15, 2016<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

## ORDER REINSTATING

☒ CASE   ☐ AUTOMATIC STAY

The relief set forth on the following page is **ORDERED.**

**DATED: January 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Mark W. Ford,

And for good cause is

ORDERED that:

- ❑ the Order of Dismissal filed on September 21, 2016 is vacated and the case shall be reinstated.
- ❑ the Order Vacating the Automatic Stay filed on
  is vacated and the automatic stay is reinstated.

United States Bankruptcy Court
District of New Jersey

In re:  
Dorothy Jean Gilchrist  
Tyrone Gilchrist  
    Debtors

Case No. 14-30649-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 03, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.  
db/jdb        +Dorothy Jean Gilchrist,    Tyrone Gilchrist,    200 Thomson Avenue,    Paulsboro, NJ 08066-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com  
         Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com  
         Mark W. Ford    on behalf of Joint Debtor Tyrone   Gilchrist markfordlaw@juno.com,
          dsorbello@MarkFordLaw.comcastbiz.net  
         Mark W. Ford    on behalf of Debtor Dorothy Jean Gilchrist markfordlaw@juno.com,
          dsorbello@MarkFordLaw.comcastbiz.net  
                                                                       TOTAL: 7