Certificate of Notice    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Mark W. Ford, PC
4 ½ North Broadway
PO Box 110
Gloucester City, NJ 08030
856-456-8811
856-456-8558 (Fax)
Attorney for the debtor

Order Filed on March 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dorothy Jean Gilchrist and Tyrone Gilchrist

Case Number:     14-30649 (ABA)

Hearing Date:

Judge:    Andrew B. Altenburg

Chapter:    13

| Recommended Local Form: | ◯ Followed |
|---|---|
| | ✕ Modified |

## AMENDED ORDER TO EMPLOYER OR OTHER PARTY
## TO PAY TO THE TRUSTEE AND MORTGAGEE(S)

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The above named debtor has pending in this Court a case for the adjustment of debts by an individual with regular income under the provisions of Chapter 13 of Title 11 U.S.C., and pursuant to the provisions of said statute and of the debtor's plan, the income to the supervision and control of the trustee of this Court as may be necessary for the execution of the debtor's plan. Under the provisions of 28 U.S.C. §1334(d) and 11 U.S.C. §1306(a), this Court has exclusive jurisdiction of all property of the debtor including earnings from services performed during the pendency of this case. Pursuant to 11 U.S.C. §1325(c), and entity from whom the debtor receives income shall pay all or any part of such income to trustee as may be ordered by the Court. Pursuant to 11 U.S.C. §105, the Court may issue any order that is necessary or appropriate to carry out the provisions of Title 11. A portion of the debtor's earnings or other income is necessary for the execution of the debtor's plan.

NOW, THEREFORE. IT IS ORDERED that until further order of this Court, the employer or other party providing income to said debtor

> Department of Treasury
> State of New Jersey
> Attn: Payroll
> Trenton, NJ   08625-0221

shall deduct the earnings or income of said debtor the following sums each pay period beginning on the next pay day following the receipt of this order, and shall deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor, and to forthwith remit the sums so deducted to the following persons, or their successors in interest:

<u>Trustee</u>
**Ms. Isabel C. Balboa**
**P.O. Box 1978**
**Memphis, TN 38101-1978**

Amount: $ 212.00
to be deducted and paid **monthly FOR 32 months**

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee, and shall note the debtor's name and mortgage account number on the checks to the mortgagee(s).

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reason for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pensions or union dues agreement between employer and the debtor, or by the order of this Court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this case.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within five days.

DATED:_____

_____
Andrew B. Altenburg, Judge
United States Bankruptcy Court

IT IS A VIOLATION OF 11 U.S.C. §1674 AND N.J.S.A. 2A:170-90.4 FROM AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT. AN EMPLOYER VIOLATING SAID STATUES IS SUBJECT TO FINES AND IMPRISONMENT.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-30649-ABA
Dorothy Jean Gilchrist                                                Chapter 13
Tyrone Gilchrist
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Mar 17, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db/jdb         +Dorothy Jean Gilchrist,   Tyrone Gilchrist,   200 Thomson Avenue,   Paulsboro, NJ 08066-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W. Ford    on behalf of Joint Debtor Tyrone  Gilchrist markfordlaw@juno.com,
               dsorbello@MarkFordLaw.comcastbiz.net
              Mark W. Ford    on behalf of Debtor Dorothy Jean Gilchrist markfordlaw@juno.com,
               dsorbello@MarkFordLaw.comcastbiz.net
                                                                                               TOTAL: 7